# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LYONS HOLDING CO. INC. and LYONS CONSULTING GROUP, LLC, <br><br> Defendants. | Civil Action No. 2:16-cv-1414-JRG-RSP |

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration Plaintiff's Motion for Dismissal With Prejudice Pursuant to Rule 41(a) of all claims asserted against Defendants Lyons Holding Co. Inc. and Lyons Consulting Group, LLC, and the Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit against Defendants Lyons Holding Co. Inc. and Lyons Consulting Group, LLC are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**SIGNED this 12th day of March, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE